UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **REDHAWK MEDICAL PRODUCTS & SERVICES, LLC** | **CASE NO. 6:24-CV-00436** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **D&V MEDICAL, LLC, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by Magistrate Judge Whitehurst,[1] wherein she recommends that the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)[2] filed by Defendants Raj Varma, Harsadbhai D. Patel, and Ron Daniels be granted in part and denied in part. After an independent review of the record, including the objections filed to the R&R, the Court concludes that the R&R is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS HEREBY ORDERED that, consistent with the R&R, the motion to dismiss is GRANTED IN PART and DENIED IN PART. Specifically, the motion is granted to the extent it seeks dismissal of Plaintiff's claims for fraud, breach of fiduciary duty, and detrimental reliance. The motion is denied in all other respects.

THUS DONE in Chambers on this 23rd day of May, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 41
[2] *See* ECF No. 29.